McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Respondents and Cross-Petitioners, UNITED STATES OF AMERICA, UNITED STATES INTERNAL REVENUE SERVICE, and Revenue Agent JAMES RENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. DILLINGHAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE, Revenue Agent JAMES RENO, and BUTTE COMMUNITY BANK,<br><br>　　　　Respondents;<br><br>UNITED STATES OF AMERICA and Revenue Agent JAMES RENO,<br><br>　　　　Cross-Petitioners,<br><br>　　v.<br><br>BUTTE COMMUNITY BANK,<br><br>　　　　Cross-Respondent. | MISC. S-05-45-GEB/PAN-PS<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION TO QUASH AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: Patricia H. Dillingham |

　　　　Patricia H. Dillingham sues the Internal Revenue Service ("IRS"), Revenue Agent James Reno, and Butte Community Bank, seeking to quash an IRS administrative summons. The United States of America and Revenue Agent Reno cross-petition for enforcement of the summons. U.S. Magistrate Judge Peter A. Nowinski filed Findings and Recommendations on April 25, 2005. Ms. Dillingham filed timely objections on May 5, 2005. The matter is before me on Judge Nowinski's Findings and Recommendations for final disposition.

1

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis; that the petition to quash should be dismissed for lack of subject matter jurisdiction for failure to fulfill the statutory requisites for petitions to quash, see I.R.C. § 7609(b)(2)(B); and that the requested summons enforcement should be granted.

Accordingly, it is hereby ORDERED as follows:

1.  The Magistrate Judge's Findings and Recommendations Re: Petitions to Quash IRS Summonses, and Tax Summons Enforcement, filed April 25, 2005, are ADOPTED IN FULL.

2.  The Petition to Quash Summons filed by petitioner Patricia H. Dillingham is DISMISSED for lack of subject matter jurisdiction.

3.  The summons issued to cross-respondent, Butte Community Bank, is ENFORCED.

4.  Cross-respondent, Butte Community Bank, is ORDERED to appear at 1395 Ridgewood Drive, #200, Chico, California, before Revenue Agent James P. Reno, or his designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by Revenue Agent Reno, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

Dated:  May 18, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge